# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JENNIFER VARQUEZ AND WILLIAM VARQUEZ, W/H,

        Petitioners

        v.

DR. PAUL BRITT, DDS AND THE COMMONS AT THORNBURY, UNIT OWNERS ASSOCIATION AND CMCM ASSOCIATES, LP,

        Respondents

:  No. 348 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.